# UNITED STATES DISTRICT COURT
## for the
### District of NEVADA

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 2:18-mj-00471-VCF |
| | ) | |
| JUAN ANTONIO LOPEZ-VALENZUELA | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | DISTRICT OF ARIZONA | Courtroom No.: | AS ORDERED |
| --- | --- | --- | --- |
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 1, 2018

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY